# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**KC FILED MARCH 10, 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

**08 C 1423**

**JUDGE MANNING**
**MAGISTRATE JUDGE SCHENKIER**

**(a) PLAINTIFFS**
Loretta Capeheart

**DEFENDANTS**
Northeastern Illinois University and Melvin C. Terrell

**(b) County of Residence of First Listed Plaintiff** Cook County, Illinois
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant Cook County, Illinois
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number)**
Gordon, Glickman, Flesch & Rosenwein
140 S. Dearborn Street, Suite 404
Chicago, Illinois 60603    (312) 346-1080

**Attorneys (If Known)**

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
[X] 440 Other Civil Rights

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
First and Fourteenth Amendments, 42 USC Sec. 1983, 28 USC Sec. 1331 and Sec. 1343(a)(3), Free Speech Retaliation

## VII. PREVIOUS BANKRUPTCY MATTERS
(For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter perviously adjudicated by a judge of this Court. Use a separate attachment if necessary)

## VIII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
JURY DEMAND: [X] Yes [ ] No

## IX. This case
[X] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE: 3/10/08
SIGNATURE OF ATTORNEY OF RECORD: [signature]