# United States District Court
**NORTHERN DISTRICT OF ILLINOIS**

Loretta Capeheart,

        Plaintiff

v.

Northeastern Illinois University and Melvin C. Terrell,

        Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and Address of Defendant)

Northeastern Illinois University
c/o Sharon K. Hahs, President
5500 North St. Louis Avenue
Chicago, Illinois 60625

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas D. Rosenwein
**Gordon, Glickman, Flesch & Rosenwein**
140 South Dearborn Street, Suite 404
Chicago, IL  60603

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(BY) DEPUTY CLERK                                              DATE

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE: |
| NAME OF SERVER (*print*) | TITLE |

*Check one box below to indicate appropriate method of service*

☐    Served personally upon the defendant. Place where served: _____

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐    Returned unexecuted: _____

☐    Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the law of the United States of America that the foregoing information contained in the Return of Service and Statement of Service fees is true and correct.

Executed on _____      _____
                Date                                     Signature of Server

                                                                            _____
                                                                            Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.