## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: | 08 C 1423 |
|---|---|---|
| **Loretta Capeheart,** | | **Judge Manning** |

v.

**Northeastern Illinois University, a public institution, and Melvin C. Terrell, individually**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Defendants: Northeastern Illinois University and Melvin C. Terrell**

| NAME (Type or print) |
|---|
| Kathleen L. Ford |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/Kathleen L. Ford |
| FIRM |
| Office of the Illinois Attorney General |
| STREET ADDRESS |
| 100 W. Randolph Street, 13th Fl. |
| CITY/STATE/ZIP |
| Chicago, IL  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6277082 | (312) 814-5160 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ■ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ■ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ■ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ■ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐