IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LORETTA CAPEHEART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Court No. 08 C 1423 |
| v. ) | |
| ) | Judge Manning |
| NORTHEASTERN ILLINOIS ) | |
| UNIVERSITY and MELVIN C. ) | Magistrate Judge Schenkier |
| TERRELL, ) | |
| ) | |
| Defendants. ) | |

### **DEFENDANTS' RULE 12(b)(1) and 12(b)(6) MOTION TO DISMISS**

Defendants, NORTHEASTERN ILLINOIS UNIVERSITY ("NEIU"), and MELVIN C. TERRELL ("Terrell") (collectively, "Defendants"), by their attorney, LISA MADIGAN, Illinois Attorney General, hereby move this Honorable Court to dismiss Plaintiff's claims against them pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. In support thereof, the Defendants state as follows:

1. Plaintiff's claims against NEIU and Terrell in his official capacity are barred by the Eleventh Amendment.

2. Plaintiff's state law defamation and retaliation claims are barred by the doctrine of state sovereign immunity.

3. Plaintiff's claims for injunctive relief must be dismissed because Plaintiff has failed to establish an existing case or controversy and she is not entitled to mandamus relief.

4. Terrell has absolute immunity from Plaintiff's defamation claims for statements made within the scope of his official duties.

1

5. Plaintiff has failed to state a claim for retaliation against Terrell.

6. Plaintiff's state law claims should be dismissed pursuant to 28 U.S.C. § 1367(a).

WHEREFORE, for the foregoing reasons, Defendants, NORTHEASTERN ILLINOIS UNIVERSITY and MELVIN C. TERRELL, pray that this Honorable Court dismiss the claims against them in their entirety.

LISA MADIGAN
Illinois Attorney General

Respectfully submitted,

/s/ Kathleen L. Ford
KATHLEEN L. FORD
Assistant Attorney General
General Law Bureau
103 W. Randolph St., 13th Fl.
Chicago, IL 60601
(312) 814-5160
kford@atg.state.il.us

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 12, 2008 I electronically filed the above document, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                          /s/ Kathleen L. Ford