IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LORETTA CAPEHEART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Court No. 08 C 1423 |
| v. ) | |
| ) | Judge Manning |
| NORTHEASTERN ILLINOIS ) | |
| UNIVERSITY and MELVIN C. ) | Magistrate Judge Schenkier |
| TERRELL, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO:   **PARTIES OF RECORD**

PLEASE TAKE NOTICE that on **May 15, 2008 at 11:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Blanche M. Manning, or whomever may be sitting in her stead, Room 2125, in the U.S. District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached **DEFENDANTS' RULE 12(b)(1) and 12(b)(6) MOTION TO DISMISS and MEMORANDUM OF LAW IN SUPPORT** thereof, a copy of which is herewith served upon you.

LISA MADIGAN
Attorney General of Illinois

s/Kathleen L. Ford
KATHLEEN L. FORD
Assistant Attorney General
General Law Bureau
100 West Randolph St., 13th floor
Chicago, Illinois 60601
312-814-5160
kford@atg.state.il.us

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on May 12, 2008, she electronically filed the above document with the Clerk of the Court using the Court's CM/ECF system which will send notification of such filing to all counsel of record.

s/Kathleen L. Ford