**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Loretta Capeheart
                               Plaintiff,

v.                                                         Case No.: 1:08−cv−01423
                                                          Honorable Blanche M. Manning

Northeastern Illinois University, et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 15, 2008:

      MINUTE entry before Judge Honorable Blanche M. Manning: On defendants' Rule 12(b)(1) and 12(b)(6) motion to dismiss[14], by agreement of the parties, response to be filed by 6/12/2008. Reply to be filed by 7/3/2008. Parties having agreed to this schedule, any further requests for extensions will be disfavored. Status hearing set for 5/29/2008 is reset to 6/12/2008 at 11:00 AM. A proposed discovery scheduling plan shall be submitted by 6/10/2008.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.