IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **LORETTA CAPEHEART,**<br><br>       Plaintiff,<br><br>v.<br><br>**NORTHEASTERN ILLINOIS UNIVERSITY,** a public institution, and **MELVIN C. TERRELL,** individually,<br><br>       Defendants. | No.  08 C 1423<br><br>The Honorable Blanche M. Manning |

## JOINT PROPOSED SCHEDULING PLAN

This Joint Proposed Scheduling Plan is presented on behalf of Plaintiff LORETTA CAPEHEART ("Capeheart") by and through her attorneys, Thomas D. Rosenwein of Gordon, Glickman, Flesch & Rosenwein, and Defendants NORTHEASTERN ILLINOIS UNIVERSITY ("NEIU") and MELVIN C. TERRELL ("Terrell") by and through their attorney, Kathleen L. Ford of the Office of the Illinois Attorney General.

### A.   NATURE OF CASE

This is an action seeking:  (1) injunctive relief only against NEIU for the infringement of Capeheart's right of free speech and for the retaliation suffered by her for the exercise of that right; and (2) monetary damages against Terrell for those same wrongs, as well as damages for defamation.  The Defendants deny any wrongdoing in this action and deny that Plaintiff is entitled to the relief sought.

Jurisdiction of this Court is invoked pursuant to the First and Fourteenth Amendments to the United States Constitution, 42 U.S.C. §1983, 28 U.S.C. §1331 and §1343(a)(3), with

supplemental jurisdiction conferred under 28 U.S.C. §1367(a) for Capeheart's state claims. Plaintiff has timely filed a jury demand for all claims seeking relief other than injunctive relief.

### B.   SERVICE AND PLEADINGS

Defendants have been served. Both have filed motions to dismiss pursuant to F.R.C.P. 12(b)(1) and 12(b)(6)  By agreement of the parties, and as set by this Court's Order of May 15, 2008, Capeheart's response is due June 12, 2008, and Defendants' reply by July 3, 2008.

### C.   PROPOSED DISCOVERY SCHEDULE

1. Rule 26(a)(1) disclosures:  7/11/08

2. Last day to add or join other parties: the latter of 45 days after the Court's ruling on the motion to dismiss or 9/19/08

3. Last day to amend pleadings: the latter of 30 days following the Court's ruling on the motion to dismiss or 9/19/08

4. Fact discovery completion: the latter of 90 days following the last day to amend pleadings or 12/19/08

5. Expert discovery completion:

   a. Plaintiffs' expert(s) reports: the latter of 30 days following the close of fact discovery or 1/16/08

   b. Depositions of plaintiff's expert(s): the latter of 30 days after Plaintiff's expert report or 2/13/08

   c. Defendants' expert(s) reports: the latter of 30 days after completion of Plaintiff's expert deposition or 3/13/09

   d. Deposition of defendants' expert(s): the latter of 30 days after Defendants' expert report or 4/13/09

2

6. Dispositive motions filed: the latter of 60 days after expert depositions conclude or 6/12/09

7. Filing of pretrial order: the latter of 45 days after ruling on dispositive motion or 9/29/09

8. Trial Date:   10/19/09

Probable Length Of Trial:  one week

Respectfully submitted,


/s/   Thomas D. Rosenwein                     /s/   Kathleen L. Ford
Thomas. D. Rosenwein                           Kathleen L. Ford
Counsel for Plaintiff                                   Counsel for Defendants


Thomas D. Rosenwein (#2391597)          Kathleen L. Ford, Esq. (#6277082)
**Gordon, Glickman, Flesch & Rosenwein**   **Assistant Attorney General**
140 South Dearborn Street,                      **Illinois Attorney General**
Suite 404                                                100 W. Randolph St., 13th Floor
Chicago, IL  60603                                 Chicago, Illinois 60601
(312) 346-1080                                        (312) 814-5160

Dated:  June 9, 2008                                Dated:  June 9, 2008

3