**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

LORETTA CAPEHEART,

        Plaintiff,

    v.

NORTHEASTERN ILLINOIS UNIVERSITY, a
public institution, and MELVIN C. TERRELL,
individually,

        Defendants.

No. 08 C 1423

The Honorable Blanche M. Manning

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

I hereby certify that I filed electronically with the clerk of the United States District Court

for the Northern District of Illinois, Eastern Division a copy of the Joint Proposed Scheduling

Plan to be served by e-mail pursuant to the provisions of Fed.R.Civ.P. 5(b)(2)(D) on counsel of

record on June 10, 2008:

Kathleen L. Ford, Esq.
Assistant Attorney General
Illinois Attorney General
100 W. Randolph St., 13th Floor
Chicago, Illinois 60601

Dated: June 10, 2008

            /s/Thomas D. Rosenwein
        One of the Attorneys for Plaintiff

Thomas D. Rosenwein (#02391597)
**Gordon, Glickman, Flesch & Rosenwein**
140 South Dearborn Street, Suite 404
Chicago, IL 60603
(312) 346-1080