# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Loretta Capeheart

                        Plaintiff,

v.                                           Case No.: 1:08−cv−01423
                                                     Honorable Blanche M. Manning

Northeastern Illinois University, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 16, 2008:

    MINUTE entry before the Honorable Sidney I. Schenkier: The matter is set for a status hearing before the Magistrate Judge on 06/25/08 at 9:00 a.m. Telephone notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.