IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **LORETTA CAPEHEART,**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**NORTHEASTERN ILLINOIS UNIVERSITY,** a public institution, and **MELVIN C. TERRELL,** Individually,<br><br>　　　　　　Defendants. | No.  08 C 1423<br><br>The Honorable Blanche M. Manning<br><br>Magistrate Judge Sidney I. Schenkier |

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

Please be advised that on June 27, 2008 the firm name and address of Gordon, Glickman, Flesch & Rosenwein will be changed to:

Glickman, Flesch & Rosenwein
230 West Monroe Street, Suite 800
Chicago, Illinois 60606

The firm's phone number, (312) 346-1080, and fax number, (312) 346-3708, will remain the same.  Please update your records accordingly.

　　　　　　　　　　　　　　　　　　　　　　　　　**LORETTA CAPEHEART**


Dated: June 23, 2008　　　　　　　　　　By:  /s/ Thomas D. Rosenwein
　　　　　　　　　　　　　　　　　　　　　　　　One of Her Attorneys


Thomas D. Rosenwein (#02391597)
Don E. Glickman (#00972525)
James A. Flesch (#03127112)
**Gordon, Glickman, Flesch & Rosenwein**
140 South Dearborn Street, Suite 404
Chicago, IL  60603
(312) 346-1080

**CERTIFICATE OF SERVICE**

      I hereby certify that I caused a copy of Notice of Change of Firm Name and Address to be served by e-mail pursuant to the provisions of Fed.R.Civ.P. 5(b)(2)(D) on June 23, 2008:

Kathleen L. Ford, Esq.
Assistant Attorney General
General Law Bureau
103 West Randolph Street, 13th Floor
Chicago, Illinois 60601

      /s/ Thomas D. Rosenwein
      One of the Attorneys for Plaintiff