**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Loretta Capeheart
                              Plaintiff,

v.                                          Case No.: 1:08−cv−01423
                                            Honorable Blanche M. Manning

Northeastern Illinois University, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 25, 2008:

   MINUTE entry before the Honorable Sidney I. Schenkier: Status hearing held and continued to 7/22/2008 at 09:00 AM. Rule 26(a)(1) disclosures are to be served by 7/11/08. Amendments to add or join parties are to be filed by 9/19/08. All non−retained fact discovery is to be completed by 12/19/08. Mailed notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.