IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LORETTA CAPEHEART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Court No. 08 C 1423 |
| v. | ) | |
| | ) | Judge Manning |
| NORTHEASTERN ILLINOIS | ) | |
| UNIVERSITY and MELVIN C. | ) | Magistrate Judge Schenkier |
| TERRELL, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   **PARTIES OF RECORD**

     PLEASE TAKE NOTICE that on July 3, 2008, I filed with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, the attached **DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS**, a copy of which is herewith served upon you.

| | |
|---|---|
| LISA MADIGAN<br>Attorney General of Illinois | s/Kathleen L. Ford<br>KATHLEEN L. FORD<br>Assistant Attorney General<br>General Law Bureau<br>100 West Randolph St., 13th floor<br>Chicago, Illinois 60601<br>312-814-5160<br>kford@atg.state.il.us |

## CERTIFICATE OF SERVICE

     The undersigned attorney certifies that on July 3, 2008, she electronically filed the above document with the Clerk of the Court using the Court=s CM/ECF system which will send notification of such filing to all counsel of record.

                                                                                          s/Kathleen L. Ford