# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Loretta Capeheart

                      Plaintiff,

v.                                               Case No.: 1:08−cv−01423
                                                   Honorable Blanche M. Manning

Northeastern Illinois University, et al.

                      Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, August 13, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: On the Court's own motion, Status hearing set for 8/14/2008 is stricken and reset to 10/14/2008 at 11:00 A.M. with the understanding that the parties are diligently pursuing discovery within the parameters set by Magistrate Judge Schenkier and are mindful of the discovery cut−off date. Mailed and telephoned notice by judge's staff.(srb,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.